

# THE MOORISH NATIONAL REPUBLIC
## MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD
Aboriginal and Indigenous Natural Peoples of North-West Amexem North America

In The
United States Southern District Court
For Mississippi Republic (Northern Division)

Richard Amun'Ra Bey , Authorized Representative, Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103
Not a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS
Jackson, Mississippi (Territory)
[c/o P.O.BOX]
[Jackson(Territory), Mississippi(Republic) [Zip Exempt]]
Northwest Amexem

                                                    IN SPECIAL APPEARANCE

Richard Amun'Ra Bey                                 July 13,2022

**CLAIMANT**                                        3:22-cv-393-CWR-LGI

v.

**CHIEF JUDGE DANIEL P JORDAN III
JUDGE(S) HENRY T WINGATE, CARLTON W REEVES,
MAGISTRATE(S) JUDGE F KEITH BALL LAKEYSHA GREER ISSAC (ALL JUDGES)
CLERK(S) ARTHUR JOHNSTON ( ALL CLERKS) OF THE SOUTHERN DISTRICT COURT OF MISSISSIPPI ,
DEANNE MOBLEY / ADAM KILGORE OF THE MISSISSIPPI BAR ASSOCIATION
DENNIS SWEET & ASSOCIATES OF THE STATE OF MISSISSIPPI
BENNIE THOMPSON CONGRESSMAN OF THE STATE OF MISSISSIPPI
TATE REEVES GOVERNOR OF THE STATE OF MISSISSIPPI
LYNN FITCH ATTORN GENERAL OF THE STATE OF MISSISSIPPI
MICHAEL WATSON SECRETARY OF THE STATE OF MISSISSIPPI
PHIL FISHER MAYOR OF CLINTON MISSISSIPPI
SEAN TINDELL DEPARTMENT OF MOTOR VEHICLE OF THE STATE OF MISSISSIPPI
JUDGE STEVEN BOONE / KEVIN ROUNLETT PROSECUTOR / AMANDA CLARK CLERK
OFFICERS SHURAK, BDG #'S #522 ALEXANDER,#512 BURNETTE,#432 SGT STARKEY, #503 DET. SORREL, MUNICIPAL COURT STATE OF MISSISSIPPI
COMMISSIONER CHRIS GRAHM / MEG BARTLET DEPARTMENT OF REVENUE STATE OF MISSISSIPPI
EDDIE FAIR HINDS COUNTY TAX COLLECTOR STATE OF MISSISSIPPI
CHOKWE ANTAR LUMUMBA MAYOR OF JACKSON,MISSISSIPPI**

Anyone who has knowledge, touch or received any information of the Unconstitutional actions and Treaties violation Includes "ALL" staff members, its agents and officers

**Respondents / Defendants**

### Jurisdiction

This action containing complaints for declaratory relief and for damages, is brought against the defendants to secure due process of law, equal protection and other rights, privileges and immunities guaranteed to complainant by the Constitution / Treaty and laws of these United States Republic.

Jurisdiction of this court is invoked under The Zodiac Constitution ©AA222141 / Library of Congress, Washington, District of Columbia, Constitution / Treaty and laws of the Unites States Republic as follows:

Zodiac Constitution I,II,III,IV,V,VI VII, United States Organic Republic Constitution Articles I, Article III sec 1,2,3, Article IV sec IV, Article V, Article VI, Article VII, Treaty of Peace & Friendship of 1787 and 1836, Bill of Rights Amendments I,II,III,IV,V,VI,VII,VIII,XI,X, Universal Declaration of Human Rights 1948 - United Nation -Human Rights [Article (15)], Rights of Indigenous Peoples - United Nation : General Assembly - Part 1, Article 5 , RESOLUTION NUMBER 75 dated April 17, 1933 A.D. Declaration of The Rights of the Child 1959.

## Venue

Original Jurisdiction United States Southern District Court (Northern Division)

### CLAIMANT

Richard Amun'Ra Bey, Natural Person, In Propria Persona Sui Juris (not to be confused with, nor substituted by, Pro Se by unauthorized hand of another). I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America;  Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes.  Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF SEVENTEEN HUNDRED AND EIGHTY-SEVEN (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at **Bevines Law Book of Treaties**) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the  Constitution for the United States of America (Republic):

## THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
### Between Morocco and the United States

### Article 20
"If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties, and whenever the Consul shall require any Aid or Assistance from our Government, to enforce his decisions, it shall be immediately granted to him."

### Article 21
"If any Citizen of the United States should kill or wound a **Moor**, or, on the contrary, if a **Moor** shall kill or wound a Citizen of the United States, the Law of the Country shall take place, and equal Justice shall be rendered, the Consul assisting at the Trial; and if any Delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever."

### Defendants

**Chief Judge DANIEL P JORDAN III**
JUDGE(S) HENRY T WINGATE, CARLTON W REEVES,
MAGISTRATE(S) JUDGE F KEITH BALL LAKEYSHA GREER ISSAC (ALL JUDGES)
CLERK(S) ARTHUR JOHNSTON ( ALL CLERKS) OF THE SOUTHERN DISTRICT COURT OF MISSISSIPPI , DEANNE MOBLEY / ADAM KILGORE OF THE MISSISSIPPI BAR ASSOCIATION DENNIS SWEET & ASSOCIATES OF THE STATE OF MISSISSIPPI
BENNIE THOMPSON CONGRESSMAN OF THE STATE OF MISSISSIPPI
TATE REEVES GOVERNOR OF THE STATE OF MISSISSIPPI
LYNN FITCH ATTORN GENERAL OF THE STATE OF MISSISSIPPI
MICHAEL WATSON SECRETARY OF THE STATE OF MISSISSIPPI
PHIL FISHER MAYOR OF CLINTON MISSISSIPPI
SEAN TINDELL DEPARTMENT OF MOTOR VEHICLE OF THE STATE OF MISSISSIPPI
JUDGE STEVEN BOONE / KEVIN ROUNLETT PROSECUTOR / AMANDA CLARK CLERK
OFFICERS SHURAK, BDG #'S #522 ALEXANDER,#512 BURNETTE,#432 SGT STARKEY, #503 DET. SORREL, MUNICIPAL COURT STATE OF MISSISSIPPI

**COMMISSIONER CHRIS GRAHM / MEG BARTLET DEPARTMENT OF REVENUE STATE OF MISSISSIPPI**
**EDDIE FAIR HINDS COUNTY TAX COLLECTOR STATE OF MISSISSIPPI**
**CHOKWE ANTAR LUMUMBA MAYOR OF JACKSON**

## Facts

In support of these Facts / Claims I state for the record:

1. I have sent certified mail demanding documentation and proof of all defendants " Delegation of Authority" as required by the Organic Constitution for the United States of America the Supreme Law of the Land. I have also demand their "Status, Naturalization Papers, Contracts, where and what type of law are they instituting, and where its derive from and who gave them the authority to "Act" in any capacity.
2. CASE#'s 3:21-cv-00278-TSL-RPM / 3:21-cv-00167-DPJ-FKB / 3:21-cv-00576-CWR-LGI / 3:21-cv-00504-DPJ-FKB /3:22-cv-00279-DPJ-FKB was closed by this Foreign Administrative Entity without providing proof of their "Delegation of Authority", and in violation of their Constitutional duties as public trustees and to "Due Process of Law". CASE #s 3:21-cv-00796-HTW-LGI and 3:22-cv-00112-HTW-LGI called an OMNIBUS / SPEARS HEARING was scheduled 4/14/22, I arrived to court, an employee told me the court change time, I notified them that I didn't get notice, and she took my phone and email address and a Report&Recommendation was sent and an Affidavit of Fact Objecting to the OMNIBUS / SPEAR HEARING and R&R.
3. This Southern District its Administrators, clerks, its officers, its agents has continued to tamper with court evidence, this court is operating "Fraudulently,"committing "Extortion," and selling a constitutional right. Due Process is for Sell," demanding unconstitutional " Federal Reserve Notes,"and Article 1 sec10 clearly states, "make anything but Gold and Silver coin a tender in payment of debt.This court has committed "Treason, giving aid to the enemy and Racketeering.
4. The United States of America the Child Trafficking for Profit and Insolvent Corporation and its officers and agents has no standing with the Natural Living Breathing Flesh & Blood and In Full Life sentient men Natural People, is a "Dead Entity" Civiliter Mortuss.
5. I stated for the record a contract has to be disclosed as this is the premise for this claim and without it there can be no claims – All Law is Contract.
6. The Original 13th amendments 13/ 20 sec. 12 clearly states, "The traffic in of Slaves with Africa is hereby forever prohibited on Pain of Death and the Forfeiture of all the rights and property person engaged therein: and the descendants Africans shall Not be Citizens. Assets seized.
7. I have sent "Certified" mail to all defendants "Declaring and Proclaiming my Moorish American Nationality AA222141 A- Truth my bloodline, my unalienable Secured BirthRights and my allegiance is to my Moorish American National Federal Government.
8. All defendants have taken an oath to protect my secured unalienable BirthsRights, but their Willful Breach of Trust, malicious intent, their contumacious action, and their disregard for the ancient principals they took an oath to uphold, to serve, they're giving aid to their "Foreign Government."
9. I have been threaten by the Mississippi Department of Revenue,Taxed by State of Mississippi / Hinds County Tax Collector, I informed Michael Watson Secretary of State, judge Steven Boone, Mayor Phil Fisher,Kevin Roundlett Prosecutor and its Officers and jailed for more than 3months again 3days and they were fully aware my Nationality I was constantly threaten jailed with contempt.
10. The United State of America the "Child Trafficking for Profit" Bankrupt Corporations and its Co-Conspirators Foreign Defendants agents has applied adhesions to my Life, Liberties , Pursuit to happiness and Secured BirthRights demanding "Promissory Notes and depriving free exercise of Liberties
11. I asking All defendants produce the "Contract?"
12. All defendant are operating as "Fraudulent Republican Form Government and instituting "De Facto United States of America Child Trafficking for Profit, Democracy and the CESTUI QUE VIE TRUST ACT OF FOREIGNERS.
13. I State for the Record I am under " Threat, Duress, and Coercion" to give unconstitutional Federal Reserve Notes for Due Process of Law and in violation of Article 1, sec. 10.
14. Who Issued the Title of Nobility to these Defendants?
15. Who orchestrated the "Cestui Que Vie Trust Contract and made me a party after I was conceived? Produce the this contract also.

## Legal Claim

1791 Organic Constitution, Article I, II,III ,IV,IV,V,VI,VII, Bill of Rights, Amendments I, IV, V, VI, VII,VIII,IX,X,1787/1836 Treaties of Peace and Friendship,United States Court: SUPREME LAW - Act of State, United States Constitution: Article III, sec.1, 2,3, Article IV sec.IV, Article VI clause 2, Amendment V(5) (Liberty Clause) Amendment IX(9) ( Reservation of the Rights of the People), Resolution Number Seventy- Five(75) Moorish American Nationals and the use of their names, Universal Declaration of Human Rights - UNITED NATION - Humans Rights

[Article (XV)], Rights of Indigenous People - UNITED NATIONS: GENERAL ASSEMBLY - Part 1, Article 4, Declaration Rights of a Child (General Assembly 1386 XIV),14 U.N. GAOR SUPP. (16) at 19, U.N. Doc. A/ 4354 (1959); General Assembly Resolution 217 A (III) OF DECEMBER 10, 1948 A.D.;Executive Order 13107.Title 18 241/242 [Article (15)], Rights of Indigenous People -.Treason, Fraud, Racketeering and Extortion,Mail fraud, Article 1sec. 10, Use of threats by the department of Revenue, unlawful detention, held for ransom, and Illegal "Taxation."

All Law is contract therefore in order for any claim to be made the contract must be produced. For all Defendants to imply that the Writ in the Nature of Discovery / Averment of Jurisdiction Quo Warranto does not have to be honored is a violation of my Constitutionally Secured Rights to Due Process of Law.

*The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.*

In so refusing to honor the Writ in the Nature of Discovery / Averment of Jurisdiction Quo Warranto and denial of the Notice of Default Judgment. All defendants has violated their oath of office to uphold the United States Constitution.

*"The Constitution for the United States of America binds all judicial officers at Article 6, wherein it does say, "This Constitution and the Laws of the United States which shall be made in pursuance thereof, and all Treaties made, or which shall be made under the authority of the United States, shall be the Supreme Law of the Land, and the Judges of every State shall be bound thereby, anything in the Constitution or laws of any state to the Contrary, not withstanding," see Clause 2."*

As the Southern District Court is administrative Chief Judge Daniel P Jordan III (All judges, clerks, its officers and its agents does not have jurisdiction to listen to, hear arguments, presentation, or rational.

*"The parties to the Compact of the United States Constitution further agreed that the enumeration in the Constitution of certain Rights shall not be construed to deny or disparage others retained by the People (Article 9 of the Bill of Rights to the Constitution for the United States)."*

*"When acting to enforce a statue and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statues do not act judicially, but merely ministerially". Thompson v. Smith 154 SE 583.*

*Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US, 568 F2d 284.*

*Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." Burns v. Supp. Ct., SF, 140 Cal. 1.*

As a Magistrate and officer of the court, refusal to honor the Writ in the Nature of Discover and Notice of Default Judgment is a violation of her oath of office.

As a Chief Judge(s) magistrate(s) who should be well versed in law, Chief Judge Daniel P Jordan III, F Keith Ball,Henry T Wingate Lakeysha Greer Issac,(All judges) Arthur Johnston (All clerks), officers and its agents knowingly committed "Fraud," Treason giving aid a Foreign Entity, Extortion, Racketeering, Tampering with Court Evidence as they knowingly has been administering in a capacity which they do not have jurisdiction, delegation of authority, or judicial powers delegated from the legislature

## RELIEF

1. **The Enforcement of the following:** The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, I am Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the United States Constitution Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America'.

1) I, Richard Amun'Ra Bey, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

2) I, Richard Amun'Ra Bey, demand this United States Southern Court stop these abuses of the colorable authority by the Defendants as it pertain to this Claimant.

3) I, Richard Amun'Ra Bey, demand if any criminal charges be found, let them be placed upon the Defendants.

4) I, Richard Amun'Ra Bey, demand this United States Federal court view this Claimant (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN-AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision' that a misdirected society may "believe" to be true.

5) I, Richard Amun'Ra Bey, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby requests the United States Supreme Court to fulfill their obligation to preserve the rights of this Claimant (A Moorish Americans) and carry out their Judicial Duty in 'Good Faith' by ordering Defendants to be brought before the Law to answer for their criminal and unjust actions.

6) All UNCONSTITUTIONAL 'Order' or 'Action' associated with it / them, to be dismissed and expunged for the record on it's face and merits; or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of International jurisdiction / venue.

7) All Agents, State and Federal Officials, Contractors are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to no longer be excused without action on the part of the Sheriff for violating the same. And to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

8) Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.

9) Respondent Chief Judge Daniel P Jordan III / F Kieth Ball / Henry T Wingate / Lakeysha G Issac (all judges, clerks and officers of the Southern District court is being sued for $10,000,000 each for compensatory damages and $10,000,000 for punitive damages in their official capacity payable in lawful money.In violation sec. 12 of the 13th amendment and Lien on Personal Assets.

10) Respondent Dennis Sweet & Associates is being sued for $10,000,000 for compensatory damages and $10,000,000 for punitive damages in their official capacity payable in lawful money.In violation of sec. 12 of the 13th amendment and enforcement of Lien on Personal Assets.

11) Respondent Bennie Thompson / Tate Reeves / Lynn Fitch / Michael Watson / Sean Tindell is being sued for $1,000,000 each for compensatory damages and $1,000,000 for punitive damages in their official and private capacity payable in lawful money.In violation of sec. 12 of the 13th amendment and enforcement of Lien on Personal Assets.

12) Respondent Chokwe Antar Lumumba / Eddie Fair is being sued for $5,000,000 each for compensatory damages and $5,000,000 for punitive damages in their official and private capacity payable in lawful money.In violation of sec.12 of the 13th amendment and enforcement of Lien on Personal Assets.

13) Respondent Deanne Mobley and Adam Kilgore is being sued for $5,000,000 for compensatory damages and $5,000,000 for punitive damages in her official and private capacity payable in lawful money.In violation of sec. 12 of the 13th amendment and enforcement of Lien on Personal Assets.

14) Respondent Phil Fisher / Judge Steven Boone / Kevin Roundlett is being sued for $20,000,000 for compensatory damages and $20,000,000 for punitive damages in her official and private capacity payable in lawful money.

15) Respondent Amanda Clark /ofc. Shurak / ofc Alexander / ofc Burnett / sgt. Starky / det. Sorrel is being sued for $500,000 for compensatory damages and $500,000 for punitive damages in their official and private capacity payable in lawful money.

### TRIAL BY JURY OF MY OWN PEERS WAS, AND IS, DEMANDED

I declare under the penalty of perjury under the law of the UNITED STATES CODES that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this __13__ day of __July__, 2022 = 1443 M.C.

I Am: _____
RICHARD CONRAD JOHNSON, Authorized Representative
Natural Person, In Propria Persona:
All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-103

Mississippi Territory
[c/o P.o.BOX 8004]
[Jackson, Mississippi Republic [Zip Exempt]]
Northwest Amexem